First National Finance Corporation, etc., a Corporation, Appellee, v. 100 North LaSalle Street Building Corporation, a Corporation, George R. Chadwick and Walter Hall, Defendants Below.

On Appeal of 100 North LaSalle Street Building Corporation, etc.

100 North LaSalle Street Building Corporation, a Corporation, etc., Appellant, v. LaSalle National Bank, as Successor, etc. et al., Defendants-Appellees.

LaSalle National Bank, as Successor, etc., Appellee, v. 100 North LaSalle Street Building Corporation, etc. et al., Defendants Below.

On Appeal of 100 North LaSalle Street Building Corporation, etc., Appellant.

Gen. No. 48,073.

First District, First Division.

March 13, 1961.

Modified opinion, March 30, 1961.

Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago (Max E. Wildman and Robert A. Deane, of counsel) for 100 North LaSalle Street Building Corporation, appellant; Harold W. Sullivan, of Chicago,

for LaSalle National Bank, as successor, etc. et al., appellees, Poust and Bulkeley, of Chicago (John G. Poust, of counsel) for First National Finance Corporation, a corporation, appellee. Opinion by JUSTICE KILEY. Not to be published in full.

**Joyce Sampson, Appellant, v. The Village of Stickney, a Municipal Corporation, William Loeffler, William J. Svolba, Charles Lejsek, Charles Hadac, Walter J. Jicha, Frank Dus, Jerry Cibulka, Joseph Blaha and Emil Kovarik, Appellees.**

Gen. No. 48,114.

First District, Third Division.

March 22, 1961.

Rehearing denied April 14, 1961.